Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:     (503) 323-9000
Facsimile:     (503) 323-9019

    Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>THE GUETTLER INSURANCE AGENCY LLC,<br><br>    Defendant. | Case No. 3:26-cv-00481-AR<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

## LR 7-1 CERTIFICATION

Counsel for Defendant conferred with Counsel for Plaintiff regarding this extension. The Motion is unopposed.

## MOTION

Defendant The Guettler Insurance Agency LLC, under Federal Rule of Civil Procedure 6(b) and Local Rule 16-3, hereby moves the Court for a 30-day extension of time—through May 21, 2026—to answer or otherwise plead in response to Plaintiff's Class Action Complaint. Defendant states as follows in support:

Page 1 -  **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

1.      Defendant's current deadline to respond to the complaint is on or about April 21, 2026.

2.      Since being served with the Complaint, Defendant and its counsel have worked diligently to investigate the allegations in the complaint, obtain the information necessary to respond to those allegations, and prepare the appropriate responsive pleading. Defendant and its counsel, however, need more time to complete the investigative process and draft a response.

3.      This is Defendant's first request for an extension, and no prejudice will result from granting Defendant's request.

4.      Plaintiff's counsel consents to the requested extension.

5.      This request is made for good cause and not for delay.

Accordingly, Defendant respectfully requests that the Court grant this Motion and allow it until May 21, 2026, to answer, move, or otherwise respond to the complaint.

DATED:  April 17, 2026

COSGRAVE VERGEER KESTER LLP


*s/ Timothy J. Fransen*
Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
Telephone: 503-323-9000
Facsimile: 503-323-9019

Attorneys for Defendant

Page 2 -   **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
a@perronglaw.com

*Attorneys for Plaintiff and the Proposed Class*

DATED: April 17, 2026

*s/ Timothy J. Fransen*
Timothy J. Fransen

Page 1 – **CERTIFICATE OF SERVICE**