Greg Lockwood, OSB No. 114415
wglockwood@grsm.com
Y. Moin Ghadimi, OSB No. 180304
yghadimi@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600
***Attorneys for Defendant Guettler Insurance Agency, LLC***

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GUETTLER INSURANCE AGENCY, LLC,<br><br>Defendant. | Case No. 3:26-cv-00481-AR<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT**<br><br>*CLERK'S ACTION REQUIRED* |

Pursuant to Local Rule 83-11(d), Greg Lockwood and Y. Moin Ghadimi of Gordon Rees Scully Mansukhani LLP, hereby substitute as counsel of record for Defendant The Guettler Insurance Agency, LLC. Timothy John Fransen of Cosgrave Vergeer Kester LLP, hereby withdraws effective immediately, in the above-entitled action.

Substituting attorneys' contact information is as follows:

Greg Lockwood, OSB No. 114415

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT - Page- 1**

**GORDON REES SCULLY MANSUKHANI LLP**
1300 SW Fifth Ave., Suite 2000
Portland, OR  97201
Telephone: (503) 222-1075
Facsimile : (503) 616-3600

wglockwood@grsm.com
Direct Dial: (503) 382-3855
Y. Moin Ghadimi, OSB No. 180304
yghadimi@grsm.com
Direct Dial: (503) 382-3891
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

Dated: May 21, 2026                    GORDON REES SCULLY MANSUKHANI, LLP


By: *s/ Greg Lockwood*
    Greg Lockwood, OSB No. 114415
    wglockwood@grsm.com
    Y. Moin Ghadimi, OSB No. 180304
    yghadimi@grsm.com

    *Substituting Attorneys for Defendant*


Dated: May 21, 2026                    Cosgrave Vergeer Kester LLP


By: s/ *Timothy Fransen*
    Timothy John Fransen, OSB No. 073938
    tfransen@cosgravelaw.com

    *Withdrawing Attorney for Defendant*

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT** - Page- 2

**DECLARATION OF SERVICE**
*Murch v. Guettler*
**USDC Portland Case No. 3:26-cv-00481**

The undersigned states and declares as follows:

I am employed at Gordon & Rees, in the above-entitled matter.  I am a resident of the State of Oregon, over the age of 18 years, and not a party to the within action.  I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT** to be served as stated below**:**

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of Oregon at Portland, addressed as set forth below.

☒    by transmitting via electronic delivery (e-mail) the document(s) listed above to the e-mail address(es) set forth below.

☒    by transmitting via electronic delivery the attached document(s) to the e-mail address(es) using the OJD eFiling system.

> Andrew Roman Perrong
> Perrong Law LLC
> 2657 Mt. Carmel Ave.
> Glendside, PA 19038
> a@perronglaw.com
> *Of Attorney for Plaintiff*

**I declare under penalty of perjury under the laws of the State of Oregon that the above is true and correct.**

DATED this May 21, 2026, at Portland, Oregon.

*s/ Danielle Cramer*
Danielle Cramer, Legal Assistant

DECLARATION OF SERVICE - Page- 3

**GORDON REES SCULLY MANSUKHANI LLP**
1300 SW Fifth Ave., Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile :  (503) 616-3600