Greg Lockwood, OSB No. 114415
wglockwood@grsm.com
Y. Moin Ghadimi, OSB No. 180304
yghadimi@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600
***Attorneys for Defendant Guettler Insurance
Agency, LLC***

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>THE GUETTLER INSURANCE AGENCY, LLC,<br><br>       Defendant. | Case No. 3:26-cv-00481-AR<br><br>**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES** |

COMES NOW Defendant The Guettler Insurance Agency (referenced herein as "Defendant"), without waiver of sufficiency of service of process, personal jurisdiction, or any other defense, and by way of answer to Plaintiff's Complaint ("Complaint") admits, denies and alleges as follows:

**DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES - Page- 1**

## I.    PRELIMINARY STATEMENT

1.    Paragraphs 1 and 2 call for legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations asserted and therefore denies.

2.    As to paragraph 3, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations asserted and therefore denies.  To the extent paragraph 3 alleges or implies any improper act or violation of the TCPA by Defendant, Defendant denies.

## II.    PARTIES

3.    Defendant admits paragraphs 4 and 5.

## III.    JURISDICTION AND VENUE

4.    Defendant admits paragraphs 6-8.

## IV.    THE TELEPHONE CONSUMER PROTECTION ACT

5.    Paragraphs 9 through 15 call for legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations asserted and therefore denies.

## V.    FACTUAL ALLEGATIONS

6.    Defendant admits paragraph 16.

7.    As to paragraph 17 through 20, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations asserted and therefore denies.

8.    Defendant denies paragraph 21.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - Page- 2**

9.    In response to paragraph 22, Defendant admits that Plaintiff received text messages from Defendant in February 2026.  Defendant denies the remaining allegations.

10.    Defendant admits paragraphs 23 and 24.

11.    As to paragraph 25 through 27, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations asserted and therefore denies.

12.    Defendant denies paragraphs 28 through 30.

13.    Paragraph 32 calls for legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations asserted and therefore denies.

14.    Defendant denies paragraphs 33 through 41.

## Class Action Settlement

15.    Defendant realleges and incorporates its responses to paragraphs 1-41 herein.

16.    Paragraphs 43 through 59 are not directed to Defendant and require no response. To the extent a response is required, paragraphs 42 through 59 call for legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations asserted and therefore denies. To the extent these paragraphs allege or imply any improper act or violation of the TCPA by Defendant, Defendant denies.

## FIRST CAUSE OF ACTION

**Violation of the Telephone Consumer Protection Act**
**(47 U.S.C. § 227(c)(5) & 47 C.F.R. § 64.1200(c) on behalf of Plaintiff and the National Do Not Call Registry Class)**

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - Page- 3**

GORDON REES SCULLY MANSUKHANI LLP
1300 SW Fifth Ave., Suite 2000
Portland, OR  97201
Telephone: (503) 222-1075
Facsimile : (503) 616-3600

17. Defendant realleges and incorporates its responses to paragraphs 1-59 herein.

18. Defendant denies paragraphs 61 through 64.

## SECOND CAUSE OF ACTION

**Violation of the TCPA, 47 U.S.C. § 227**
**(On behalf of Plaintiff and the Telemarketing Caller ID Class)**

19. Defendant realleges and incorporates its responses to paragraphs 1-64 herein.

20. Defendant denies paragraphs 66 through 70.

21. Defendant denies all other allegations contained in Plaintiff's Complaint, unless otherwise admitted.

## AFFIRMATIVE DEFENSES

For its affirmative defenses, Defendant states as follows:

### FIRST AFFIRMATIVE DEFENSE

22. Plaintiff's Complaint fails to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

23. Plaintiff has failed to mitigate her damages by failing to take reasonable steps to ensure her damages did not increase.

### THIRD AFFIRMATIVE DEFENSE

24. Defendant has established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the regulations prescribed in the TCPA.

---

**DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES - Page- 4**

**GORDON REES SCULLY MANSUKHANI LLP**
1300 SW Fifth Ave., Suite 2000
Portland, OR  97201
Telephone: (503) 222-1075
Facsimile : (503) 616-3600

### FOURTH AFFIRMATIVE DEFENSE

25.    Plaintiff consented to or solicited any communications that may have been transmitted to Plaintiff, if any.

### FIFTH AFFIRMATIVE DEFENSE

26.    Defendant may have additional unique affirmative defenses applicable to different putative members of Plaintiff's proposed class. Defendant reserves the right to assert such additional affirmative defenses as the need arises, insofar as class certification has not been granted and is not appropriate in this case

### <u>RESERVATION</u>

Defendant reserves the right to amend its Answer to include additional affirmative defenses which Defendant may later discover.

WHEREFORE**,** Defendant respectfully requests that this Court enter an order granting judgment in its favor and against Plaintiff, dismissing her Complaint with prejudice, and for such other and further relief as this Court deems appropriate and just.

Dated: May 21, 2026                         GORDON REES SCULLY MANSUKHANI, LLP


By: *s/ Greg Lockwood*
Greg Lockwood, OSB No. 114415
wglockwood@grsm.com
Y. Moin Ghadimi, OSB No. 180304
yghadimi@grsm.com

*Of Attorneys for Defendant*

**DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES - Page- 5**

**GORDON REES SCULLY MANSUKHANI LLP**
1300 SW Fifth Ave., Suite 2000
Portland, OR  97201
Telephone: (503) 222-1075
Facsimile : (503) 616-3600

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2026, a true and correct copy of the foregoing document was filed with the Court through the CM/ECF system and sent electronically to all registered participants as identified on the Notice of Electronic Filing.

Andrew Roman Perrong
Perrong Law LLC
2657 Mt. Carmel Ave.
Glendside, PA 19038
a@perronglaw.com
Of Attorney for Plaintiff

DATED this May 21, 2026, at Portland, Oregon.

*s/ Danielle Cramer*
Danielle Cramer, Legal Assistant

DECLARATION OF SERVICE - Page- 6

**GORDON REES SCULLY MANSUKHANI LLP**
1300 SW Fifth Ave., Suite 2000
Portland, OR  97201
Telephone:  (503) 222-1075
Facsimile :  (503) 616-3600